Walker *v.* The Board of Commissioners of Hamilton County.

There is evidence in the record tending to sustain the judgment of the trial court on every material point in issue.

Judgment affirmed.

Filed May 29, 1894.

———————◆———————

No. 1,203.

WALKER *v.* THE BOARD OF COMMISSIONERS OF HAMILTON COUNTY.

From the Hamilton Circuit Court.

*W. Fertig* and *H. J. Alexander,* for appellant.

*W. S. Christian* and *I. W. Christian,* for appellee.

GAVIN, J.—The conclusion reached by the court in the case of *Holmes* v. *Board, etc.,* 10 Ind. App. 195, necessitates the affirmance of this cause.

Judgment affirmed.

DAVIS, J., did not participate in this decision.

Filed May 29, 1894.